UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                                      Criminal No. 13-mj-30634

v.

Joel Milliner,

    Defendant.

## MOTION AND ORDER TO UNSEAL THE COMPLAINT
## AND ARREST WARRANT

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                          Respectfully submitted,

                                          BARBARA L. MCQUADE
                                          United States Attorney

                                          *s/Philip A. Ross*
                                          Assistant United States Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, MI  48226
                                          Philip.Ross@usdoj.gov
                                          313-226-9790
                                          Virginia State Bar #70269

**IT IS SO ORDERED.**

**s/ Mona K. Majzoub**
Mona K. Majzoub
United States Magistrate Judge

Entered: October 8, 2013