UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Joel Milliner, M.D.

    Defendant.

Case:2:14-cr-20112
Judge: Rosen, Gerald E.
MJ: Michelson, Laurie J.
Filed: 03-04-2014 At 12:02 PM
INFO USA V JOEL MILLINER, M.D. (LG)

VIO: Distribution of Controlled
Substances (21 U.S.C. 841)

---

INFORMATION

---

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
21 U.S.C. 841(a)
Distribution of Controlled Substances

On or about July 16, 2011, in the Eastern District of Michigan, Southern Division, defendant Joel Milliner, M.D., a physician licensed in the State of Michigan defendant, did knowingly, intentionally and unlawfully distribute, outside the course of professional medical practice and for no legitimate medical purpose, large quantities of Schedule II Controlled Substances including oxymorphone and oxycodone.

The defendant was aware that he was providing prescriptions who, in turn, sold the controlled substances.

                                                  BARBARA L. MCQUADE
                                                  United States Attorney

                                                  s/Wayne F. Pratt
                                                  Assistant U.S. Attorney
                                                  Chief, Health Care Fraud Unit

                                                  s/Philip A. Ross
                                                  Assistant United States Attorney
                                                  211 W. Fort St., Suite 2001
                                                  Detroit, MI  48226
                                                  (313) 226-9790
                                                  Philip.Ross@usdoj.gov
                                                  Va. State Bar #70269

Dated: March 4, 2014

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:14-cr-20112<br>Judge: Rosen, Gerald E.<br>MJ: Michelson, Laurie J.<br>Filed: 03-04-2014 At 12:02 PM<br>INFO USA V JOEL MILLINER, M.D. (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | Companion Case Number: N/A |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: N/A |
| ☐ Yes  ☒ No | AUSA's Initials: _PAR_ |

Case Title: USA v. ___JOEL MILLINER, M.D.___

County where offense occurred : ___Wayne___

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

___Indictment/___Information --- **no prior complaint.**
___Indictment/_✓_Information --- **based upon prior complaint** [Case number: 13-mj-30634 ]
___Indictment/___Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 4, 2014
Date

*/s/ Philip A. Ross*
PHILIP A. ROSS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9790
Fax:    (313) 226-2621
E-Mail address: philip.ross@usdoj.gov
Attorney Bar #: N/A

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.           04/13